JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ALEJANDRO FUENTES, | Case No. SACV 12-1914-PA (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| GARY SWARTHOUT, WARDEN, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 11, 2012

Percy Anderson
United States District Judge